In re SHORT.

(Supreme Court, Appellate Division, Third Department.   November 22, 1898.)

1. EXECUTION AGAINST THE PERSON—ACTION TO RECOVER CHATTELS AND DAM-
    AGES.
        Code Civ. Proc. § 3026, provides that if the judgment was recovered in
    either of the actions specified in section 2895, subds. 1, 2 (which do not in-
    clude a claim for damages in an action to recover a chattel), or if an order
    for arrest was granted and was executed in a case specified in section 2895,
    subd. 3 (which includes an action to recover a chattel), the execution must
    also command an execution against the person in case sufficient personal
    property be not found.   Held that, in an action to recover chattels with
    damages for their detention, where no order of arrest was issued, defend-
    ant is not entitled to an execution against the person of plaintiff for the
    costs.

2. SAME.
        In an action to recover chattels and damages for their detention, an exe-
    cution against the person cannot be issued on either demand unless it can
    be issued on both.

Appeal from Albany county court.

Application by Frank H. Short for a writ of habeas corpus to in-
quire into the cause of his imprisonment under an execution against
the person on a judgment against him, as plaintiff, for costs.   From
an order discharging the petitioner, Aaron B. Scutt, the original de-
fendant, appeals.   Affirmed.

Argued before PARKER, P. J., and LANDON, HERRICK, PUT-
NAM, and MERWIN, JJ.

J. S. Frost, for appellant.
P. C. Dugan, for respondent.

LANDON, J.   The order appealed from must be affirmed, because
the action was brought in a justice's court to recover chattels, with
damages for their detention.   No order of arrest was issued, and
therefore, if plaintiff had recovered, he would not have been entitled
to an execution against the person of defendant upon account of the
chattels (Code Civ. Proc. § 3026); and he was not entitled to an order
of arrest under either subdivision 1 or 2 of section 2895, and there-
fore not entitled to an execution against the person (section 3026),
upon account of damages for the wrongful taking and detention of the
chattels, because of the exception stated in the section last cited:
"But this subdivision does not apply to a claim for damages in an
action to recover a chattel."   Besides, unless the execution can issue
upon both demands it can issue upon neither.   Bowen v. True, 53 N.
Y. 640.

Order affirmed, with $10 costs and disbursements.   All concur.